CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS



RTS



049J82024331

$00.46
04/08/2013
Mailed From 21201
US POSTAGE

Kevin Thomas, # 53883-037
FCI
P. O. Box 1500
Butner, N.C. 27509

NIXIE     276   SE 1        00 04/13/13
            RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 21201260599    *2027-05455-08-39



# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

_____ FILED  _____ ENTERED
_____ LOGGED  _____ RECEIVED

April 8, 2013

Kevin Thomas, # 53883-037
FCI
P. O. Box 1500
Butner, N.C. 27509

APR 17 2013
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Re: *United States* v. Thomas, Criminal Case No. JKB-11-491

In response to your recent request for documents, please be advised:

— The available materials you requested were sent to the warden of your institution. Please contact appropriate staff so that the materials may be made available for your review.

— The materials you have requested are unavailable from this court, but may be part of your prison base file. Please contact appropriate prison staff to review them.

— Advance payment is required for some or all of the materials requested. Fees may be paid to the Clerk by check, money order, or major credit card. All fees, unless otherwise specified, should be paid to (Clerk, United States District Court).

  — There is a $53.00 retrieval fee for archived records.

  — There is a $.50 per page charge for in-house copy work. Your request requires payment of _____.

  __ The materials need to be transcribed. Please contact the Court Reporters Office at the courthouse where you were sentenced for specific fee information.

  X   Your request for transcripts has been forwarded to the appropriate court reporter for a response. You will be contacted regarding the fee required.

  — Please remit all payment as directed. The materials will be sent to the warden after payment is received.

Sincerely,

Staff Attorney

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov